ACCEPTED
03-15-00113-CV
6038871
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 2:00:56 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00113-CV

In the Court of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/13/2015 2:00:56 PM

JEFFREY D. KYLE
Clerk

## EMC CORPORATION

*Appellant,*

**v.**

## GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS

*Appellees.*

ON APPEAL FROM THE 353RD DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-000851

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

RYAN LAW FIRM, LLP
Doug Sigel
Texas Bar No. 18347650
100 Congress Avenue, Suite 950
Austin, Texas  78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for EMC Corporation*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, EMC Corporation ("EMC") files this First Unopposed Motion for Extension of Time to File Appellant's Reply Brief.

The Appellant's Reply Brief is currently due on **July 28, 2015**.

Counsel for EMC requests a 30-day extension of time to file the Appellant's Reply Brief, making the brief due on **August 27, 2015**. This is the first request for extension of time to file the Appellant's Reply Brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• The undersigned counsel is traveling on an overseas vacation from July 3, 2015 through July 25, 2015.

• The undersigned counsel will be traveling out-of-state to attend and speak at a conference for the Institute for Professionals in Taxation from July 26, 2015 through July 28, 2015.

• The undersigned counsel is preparing responses to an extensive set of discovery requests in the case styled *Pitney Bowes, Inc. v. Commissioner of Revenue*; Case No. 8795-R; in the Minnesota Tax Court, due to be served on August 5, 2015.

• The undersigned counsel is preparing a Reply Brief on the Merits in *Hallmark Marketing Company, LLC v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*, Case No. 14-1075, in the Supreme Court of Texas, due to be filed on August 11, 2015.

• The undersigned counsel is preparing a Motion for Summary Judgment in the case styled *Leviton Manufacturing Co., Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-001144; in the 53rd Judicial District Court of Travis County, Texas, due to be filed on August 17, 2015.

• The undersigned counsel is preparing a Brief on the Merits in the case styled *Southwest Royalties, Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Case No. 14-0743; in the Supreme Court of Texas, due to be filed on August 19, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. Given the other time commitments imposed on counsel, it will not be possible to prepare the Appellant's Brief by July 28, 2015. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with Rance Craft, counsel for the Appellees, and he has indicated that he does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Unopposed Motion for Extension of Time to File Appellant's Reply Brief and extend the deadline for filing the Appellant's Reply Brief up to and including **August 27, 2015**. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,


 /s/ Doug Sigel
Doug Sigel
Texas Bar No. 18347650
Doug.Sigel@RyanLawLLP.com
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas  78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for EMC Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, Rance Craft, on July 9, 2015, and Mr. Craft is not opposed to this motion.

/s/ Doug Sigel
Doug Sigel

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Appellant's First Unopposed Motion for Extension of Time to File Appellant's Reply Brief was served on Appellees, through counsel of record, Rance Craft, Office of the Attorney General, P.O. Box 12548 (MC 17-6), Austin, Texas 78711-2548, rance.craft@texasattorneygeneral.gov, by electronic mail and electronic service on July 13, 2015.

/s/ Doug Sigel
Doug Sigel